**No. 09-10721. Dominic Antonucci, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3435, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4891.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-10722. Ruhullah As-Sadiq, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3436, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4800.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 796.

**No. 09-10725. Lori Irish, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3436, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4879.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 543.

**No. 09-10726. Stephen Hardison, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3436, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4961.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 427.

**No. 09-10728. Barion Lee Hairston, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3436, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4925.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 11.

**No. 09-10729. Emma Gerald, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3436, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4912.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 365 Fed. Appx. 188.

**No. 09-10730. Heather Fiorella, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3436, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4793.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 444.

**No. 09-10731. Carlos Javier Fajardo-Fajardo, Petitioner v. United States.**

560 U.S. 975, 130 S. Ct. 3437, 177 L. Ed. 2d 343, 2010 U.S. LEXIS 4931.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 1005.